IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIHEIM MILLER, ) | |
| ) | Civil Action No. 3:24-168 |
| Plaintiff, ) | |
| ) | District Judge Nora Barry Fischer |
| v. ) | Magistrate Judge Keith A. Pesto |
| ) | |
| CO NICKLES, *Committing officer at* ) | |
| *Blair County Prison on 4-10-24, et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 30th day of January, 2026, upon consideration of the Reports and Recommendations filed by United States Magistrate Judge Keith Pesto on July 21 2025 and November 24, 2025, (Docket Nos. 36 & 41 respectively), recommending that Defendants' Motion to Dismiss (Docket No. 27) be granted and that Plaintiff's Motion to Voluntarily Dismiss the Amended Complaint be granted, in part, in that the portion of the Motion that seeks to dismiss the Amended Complaint, without prejudice, should be denied, the Complaint be dismissed, with prejudice, and without leave to amend, as any amendment would be futile and inequitable, and after independently screening Plaintiff Niheim Miller's Amended Complaint under the Prison Litigation Reform Act, 28 U.S.C. § 1915A, and Plaintiff having filed no Objections which were due on September 16, 2025 after the Court's Order granting an extension (Docket No. 38) and December 11, 2025, (Docket No. 41), this civil action having been reassigned to the undersigned for prompt disposition of the matter on January 20, 2026, and upon review of the record and consideration of the Magistrate Judge's Reports and Recommendations, (Docket Nos. 36 & 41), which are ADOPTED as the Opinion of this Court,

IT IS ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim (Docket

No. 27) is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's Motion to Voluntarily Dismiss the Case without prejudice (Docket No. 40) is GRANTED, in part, and DENIED, in part, such that the portion of the Motion that seeks to dismiss the Amended Complaint without prejudice is DENIED and the remainder of the Motion is GRANTED,

IT IS FURTHER ORDERED that Plaintiff's Amended Complaint [18] is DISMISSED, with prejudice and leave to amend is DENIED, as futile and inequitable,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

FINALLY, IT IS ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: United States Magistrate Keith Pesto
All counsel of record

cc:   Niheim Miller
      HY7383
      SCI Smithfield
      1120 Pike Street
      Huntingdon, PA 16652
      (via first class mail)